## CAUSE NO. 2013-CVT-000742-D2

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
9/8/2015 1:58:55 PM
KEITH E. HOTTLE
Clerk

| | | |
|---|---|---|
| MARTIN GARCIA, JR. and | § | IN THE DISTRICT COURT OF |
| RUBEN GONZALEZ, | § | |
| *Plaintiffs* | § | |
| | § | |
| v. | § | 111th JUDICIAL DISTRICT |
| | § | |
| ABEL ALVARADO CASILLAS and | § | |
| PREMIER EAGLE FORD SERVICES, INC. | § | |
| *Defendants* | § | WEBB COUNTY, TEXAS |

### PRE-TRIAL GUIDELINE ORDER

Level One: _____     Level Two: _____     Level Three: ___X___

**Jury Trial/Trial Date:** _September 21, 2015_ at _8:00_ a.m., in the 111th Judicial District Court of Laredo, Webb County, Texas.

Estimated time/duration of trial: _4-5_ Days

**Final-Pre Trial Conference Date:** _September 3, 2015_ at 9:00 a.m., in the 111th Judicial District Court of Laredo, Webb County, Texas. Plaintiff's and Defendants' Motions in Limine, Jury Questions and Instructions shall be filed by the Final Pre-Trial Conference date. Plaintiff's and Defendants' Exhibits and Witness Lists must be presented for inspection at the Final Pre-Trial Conference and the list must be provided to opposing counsel at the Final Pre-Trial. A prepared Charge of the Court, Witness List, Exhibit List and Motions in Limine shall be filed no later than 5:00 p.m. on the date of Pre-Trial. Anything not filed timely or without leave of court will not be considered at Trial.

Plaintiffs' Amended Pleadings will be due: _July 23, 2015_ (*60 days before trial*)

Defendants' Amended Pleadings will be due: **August 7, 2015** (*45 days before trial*)

Deadline for Plaintiff to designate testifying experts pursuant to Rule 194 & 195: _June 23, 2015._ (*90 days before trial*)

Deadline for Defendant to designate testifying experts pursuant to Rule 194 & 195: _July 23, 2015._ (*65 days before trial*)

Deadline to conduct discovery (excluding depositions and the supplementation of written discovery) will be _August 21, 2015_ unless the case is a divorce case. If the case is a divorce case, discovery may be conducted up to the date of trial.

Deadline for Alternative Dispute Resolution: _July 23, 2015_ (*60 days before trial*)

Interpreter: ___No___

Page 1 of 2

EXHIBIT
1

Deadline for **Robinson** Motion to Strike Expert Witness for lack of foundation for Opinion: _July 23, 2015._ Must be at least 60 days before trial.

**Motion for Summary Judgments need to be filed before:** _July 20, 2015_. _Must be at least 45 days before Pre-Trial._

.      If the case is a Level Three case, the Parties may enter into a Discovery Control Plan in accordance with Rule 190.4 of the Texas Rules of Civil Procedure. In addition, either Party may request one or more Pre-Trial Conferences in accordance with Rules 166 and 190.4 of the Texas Rules of Civil Procedure. The request for the Pre-Trial Conference must be filed no later than 90 days prior to Trial date.

Signed and approved the ____21____ day of _____, 2015.

_____
Hon. Monica Z. Notzon
111th Judicial District Court

_____
Counsel for Plaintiff Ruben Gonzalez
Print Name: **Jaime A. González, Jr. / Hector L. Rodriguez**
Telephone No.: _____**(956) 664-0100**_____
Fax No.: _____**(956) 664-1529**_____

_____
Counsel for Defendant(s) **Premier Eagle Ford Services** and
**Abel Alvarado Casillas**
Print Name: __**David L. Ortega / Stephen D. Navarro**_____
Telephone No.: _____**(210) 731-6353**_____
Fax No.: _____**(210) 785-2953**_____